Betty Herrera (SB#242189)
United Disability Lawyers Group
13066 Van Nuys Boulevard
Canoga Park, CA 91303
Phone (888) 425-1666 | Fax: (818) 805-3009
bherrera@uniteddisabilitylawyers.com
Attorney for Plaintiff

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORPRESHA D. WINSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. CV 20-07106 KES<br><br>[~~PROPOSED~~]<br>VOLUNTARY DISMISSAL |

**IT IS ORDERED** that Plaintiff's Assented Motion for Voluntary Dismissal be granted.

DATED: June 15, 2021

*Karen E. Scott*
HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

- 1 -